**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

December 20, 2007

Kasine George
Reg. No. 11378-067
U.S.P. Big Sandy
PO Box 2068
Inez, KY 41224

***Re:  United States v. Kasine George***
    ***MDPA; Criminal No. 02-221/02***

Dear Mr. George:

I have your letter of December 13th regarding a potential benefit you may be receiving as a result of changes in sentences dealing with crack cocaine.

The retroactive aspects of this matter do not commence until March 3, 2008. As a result, you could not receive any benefit before that date.

Procedures to accomplish the changes are being considered. When completed, we assure you that appropriate credit will be given, if deserved. Stay tuned.

Sincerely,

***s/Edwin M. Kosik***
United States District Judge

EMK:mb